UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARLOS ROSS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 3:23-CV-0031-X-BN |
| | § | |
| ELLIS COUNTY SHERIFF DEPARTMENT, et al., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 6]. Plaintiff Carlos Ross, a prisoner, filed a *pro se* complaint under 42 U.S.C. § 1983 alleging that an Ennis police officer and an Ellis County Sheriff's deputy elicited testimony from him in violation of *Miranda*.[1] Ross's complaint does not allege that any improperly obtained confession has yet been used against him. Noting that "a violation of *Miranda* does not necessarily constitute a violation of the Constitution," the Magistrate Judge recommended that Ross's claims under § 1983 based solely on *Miranda* be dismissed with prejudice under 28 U.S.C. § 1915(a).[2] Since Ross has asserted no unconstitutional use of his allegedly

---

[1] Doc. No. 1 at 3.

[2] Doc. No. 6 at 3–5 (quoting *Vega v. Tekoh*, 142 S. Ct. 2095, 2106 (2022)).

1

improper confession, the Magistrate Judge recommended that any constitutionally based § 1983 claims be dismissed without prejudice.[3]

Ross filed no objection to the Magistrate Judge's findings, conclusions, and recommendation.

The District Court reviewed for plain error the proposed findings, conclusions, and recommendation. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court **DISMISSES WITH PREJUDICE** Ross's § 1983 claims that are based solely on *Miranda* under 28 U.S.C. § 1915(a). The Court **DISMISSES WITHOUT PREJUDICE** any constitutionally based § 1983 claims Ross alleges.

**IT IS SO ORDERED,** this 16th day of February, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[3] *Id.* at 4.

2